[No. 20168. In Bank. — June 22, 1886.]

THE PEOPLE, RESPONDENT, *v.* A. D. JANUARY, APPELLANT.

CRIMINAL LAW — ADMISSION TO BAIL PENDING APPEAL — APPLICATION FOR. — The Supreme Court will not admit a prisoner to bail pending an appeal taken by him from a judgment convicting him of a felony, on an application made to it in the first instance, nor until after the determination upon its merits of an application for bail before the judge who tried the cause.

APPEAL from a judgment of the Superior Court of Sacramento County, from an order denying a motion for an arrest of judgment, and from an order refusing a new trial.

The defendant was convicted of the crime of embezzlement, and pending an appeal taken by him, made this application to be admitted to bail. The further facts are stated in the opinion of the court.

*Henry Edgerton, N. Greene Curtis,* and *J. H. McKune,* for Appellant.

*Attorney-General Marshall, Henry L. Buckley,* and *John T. Carey,* for Respondent.

McKinstry, J. — This is an application to this court, that the defendant be admitted to bail pending an appeal. It does not appear that any like application has been made to the Superior Court or the judge thereof. The power to admit a prisoner to bail pending an appeal taken by him from a judgment of conviction of felony ought not to be exercised by the Supreme Court in the first instance, nor until after the determination upon its merits of an application for bail before the judge who tried the cause. (*People* v. *Perdue,* 48 Cal. 552.)

Motion denied.

Thornton, J., McKee, J., Sharpstein, J., and Myrick, J., concurred.